JUNE 21, 1940

**No. 4944.—** *Universal Carloading · & Distributing Co., Inc., (G. L. Alstrup)* v. *United States.* Entered at New York. Reap. Dec. 4894. Motion by Appellant.